to pay all costs and disbursements that may be decreed to the plaintiff and any damage that plaintiff may sustain by reason of the appeal herein being resolved against defendants. Joslin, J., not participating. *McOsker & Isserlis, Paul A. Lietar,* for plaintiff. *Aram K. Berberian,* for defendants.

June 15, 1973.

M. P. No. 73-113. VERNON H. HARDY *et al. v.* ZONING BOARD OF REVIEW OF THE TOWN OF COVENTRY. Petition for writ of certiorari is granted, and the writ may issue forthwith. Joslin, J., not participating. *Marian J. Dillon, Francis J. Maguire,* for petitioners. *James F. Murphy,* for Reverend and Mrs. Hartunian; *Frank J. Williams,* Town Solicitor, *Paul A. Anderson,* Asst. Town Solicitor, for respondents.

M. P. No. 73-145. JONA LEACH *v.* AMERICAN AIRLINES. Petition for writ of certiorari is denied. Joslin, J., not participating. *Feiner and Winsten, Edward E. Dillon, Jr.,* for petitioner. *Hinckley, Allen, Salisbury & Parsons, Michael P. De-Fanti,* for respondent.

M. P. No. 73-147. STEPHEN G. PITASSI *v.* PERSONNEL HEARING BOARD OF THE CITY OF EAST PROVIDENCE. Petition for writ of certiorari is denied. Roberts, C.J., and Joslin, J., not participating. *Roberts & Willey, Inc., Dennis J. Roberts, II,* for petitioner. *Joseph T. Little,* Asst. City Solicitor of East Providence, for respondent.

EX. Nos. 1426, 1433. STATE *v.* MAXIMIANO ALMEIDA. Defendant's motion to amend remand order is denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.